STATE of Louisiana

v.

Benjamin RISHER

NO. 2016-C-0928

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th

Judicial District Court Div. G, No. 08-11-1128; to the Court of Appeal, First Circuit, No. 2015 CA 0618; September 6, 2016

IN RE: Allegheny Casualty Company (A-Affordable Bail Bonds); Benjamin Risher;—Defendant(s);

Denied.